From: The District Court of the Thirteenth Judicial District. County of Yellowstone.

STATE OF MONTANA, Plaintiff, vs. ROBERT N. MOORE, Defendant.

## DECISION

The application of the above-named defendant for a review of the sentence of 15 years, imposed on February 9, 1968, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) No change will be made in the sentence heretofore imposed.

The reason for the above decision: A careful consideration of the evidence offered is not deemed sufficient to justify any change in the sentence heretofore imposed and, therefore, the Petition is denied.

DATED this 2nd day of October, 1968.

## SENTENCE REVIEW DIVISION

Jack D. Shanstrom, acting chairman; Philip C. Duncan, Paul G. Hatfield.

From: the District Court of the Eleventh Judicial District. County of Flathead.

STATE OF MONTANA, Plaintiff, vs. WILLIAM JOSEPH PETERSON, Defendant.

## DECISION

The application of the above-named defendant for a review of the sentence of 13 years, imposed on February 23, 1967, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) The sentence heretofore imposed be reduced from 13 years to 10 years.

The reason for the above decision: After careful consideration of all the evidence submitted in support of the Petition herein, and all of the circumstances surrounding the offense for which he was convicted, it is the opinion of the Sentence Review Division that the sentence, to conform to similar offenses, should be and is hereby reduced from 13 years to 10 years, and that an appropriate Amended Judgment be imposed by the Hon. Sid G. Stewart.

DATED this 2nd day of October, 1968.

## SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip C. Duncan, Paul G. Hatfield.